USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/20/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA          :
                                  :       16-CR-482 (VEC)
         -against-                :
                                  :       ORDER
MATTHEW WRIGHT,                   :
                                  :
                    Defendant.    :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS the resentencing of Matthew Wright is scheduled for Tuesday, December 1, 2020, at 11:00 A.M. in Courtroom 443 of the Thurgood Marshall United States Courthouse;

IT IS HEREBY ORDERED that due to a conflict in the Court's calendar, the sentencing is rescheduled for **Tuesday, December 1, 2020, at 9:00 A.M.**

IT IS FURTHER ORDERED that due to the rising number of COVID-19 cases in New York City, the resentencing will take place via video conference on the Court Call platform. An order with additional details about the Court Call platform will be entered a few days before the sentencing. The Defendant must file a waiver of physical appearance by no later than **Monday, November 30, 2020**.

**SO ORDERED.**

**Dated: November 20, 2020**
      **New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**