**Law Office of Meredith S. Heller PLLC**
www.mshellerlaw.com

99 Park Avenue, Penthouse Suite
New York, NY 10016
Phone: (646) 661-1808
Fax: (646) 661-1746
msheller@mshellerlaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/21/2020

MEMO ENDORSED

December 21, 2020

**VIA ECF**

The Honorable Valerie E. Caproni
United States Courthouse
40 Foley Square
New York, NY 10007

Re:   United States v. Matthew Wright
      16-CR-482 (VEC)

Dear Judge Caproni:

    I write regarding Matthew Wright. As your Honor is aware, you filed the Judgment in this matter on December 3, 2020. After extensive discussion with my client, Mr. Wright has requested that I file a Notice of Appeal. Unfortunately, due to heightened difficulties with both COVID-19 and the winter storm, I was unable to file the Notice of Appeal within the 14-day limit, on December 17, 2020. Therefore, I respectfully request an enlargement of time of 4 days to file the Notice of Appeal. The government, through A.U.S.A. Frank Balsamello, consents to this request.

Respectfully submitted,

*Meredith Heller*

Meredith S. Heller

Cc:   A.U.S.A. Frank Balsamello (via ECF)

---

Application GRANTED.

SO ORDERED.

*Valerie Caproni*    Date: December 21, 2020

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE