USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 04/28/2022

The Honorable Valerie E. Caproni
United States Courthouse
40 Foley Square
New York, N.Y. 10007

April 17, 2022

Re: United States v. Wright, M
16-cr-482 (VEC)

Matthew Wright
Reg # 77955-054
USP-Hazelton
P.O. Box 2000
Bruceton Mills, WV 26525

Dear Judge;

As this Court know's, on June 24, 2019, The Supreme Court of the United States ruled in "Davis" that the residual clause in 18 USC 924(c) for a "crime of violence" was unconstitutionally vague. Inlight of this ruling the Second Circuit Court of Appeals vacated and dismissed this defendant's conviction on the 18 USC 924(c), Count two, because Mr. Wright's Hobbs Act Conspiracy could not constitute as a "crime of violence".

Your Honor, the issue is, the Bureau of Prisons still have my Hobbs Act Conspiracy as a "crime of violence" at this time. My case manager, Mr. Crutchman as well as my unit manager, Ms. Ellis, stated that all conspiracy are violent crime's under the "Bureau of Prisons Policy statement" and that, they are not required to change that policy until there is notice requiring them to do so.

Your Honor, I'm respectfully requesting that this Court give my unit team here at USP Hazelton, written notice of the change of law in my case, so that my Hobbs Act Conspiracy can be classified as not a "crime of violence" within the Bureau Of Prisons.

Thank you very much for your time within this matter, and respectfully awaits for a responds. Thank your Honor again.

Matthew Wright, 77955-054
Respectfully Submitted

Matthew Wright, Reg #77955-054
USP-Hazelton
P.O. Box 2000
Bruceton Mills, WV 26525

Legal Mail

Clerk of Court
United States Courthouse
40 Foley Square
New York, NY 10007

10007-150729

Legal Mail

PITTSBURGH PA 150
18 APR 2022 PM 5 L

USPS
SDNY