USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/23/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ X
 :
UNITED STATES OF AMERICA :
 :
            -v- : 16-CR-482 (VEC)
 :
MATTHEW WRIGHT, : ORDER
 :
            Defendant. :
 :
------------------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

   WHEREAS on February 26, 2024, the Second Circuit vacated the judgment in this matter and remanded the case for resentencing, Dkt. 119; and

   WHEREAS on April 22, 2024, the mandate issued in this matter, Dkt. 120.

   IT IS HEREBY ORDERED that the sentencing hearing in this matter will take place on **Tuesday, June 11, 2024, at 2:30 P.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.  Any supplemental sentencing submissions are due **May 28, 2024**.

   IT IS FURTHER ORDERED that the Clerk of Court is respectfully directed to terminate Donald Yannella as an attorney in this matter, as he no longer represents the Defendant.  Order, Dkt. 56.

**SO ORDERED.**

Dated: April 23, 2024
       New York, New York

_____
Valerie Caproni
United States District Judge